■ ALFIO BONACORSI, Respondent, v. CHOUGUEN HOTEL CORPORATION et al., Appellants.— Order affirmed, with costs. All concur. (Appeal from an order of Oswego Trial Term and a jury, which was discharged after having failed to reach a verdict, which order denied defendant's motion for a directed verdict and for a nonsuit, in a negligence action.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.

■ ALFONSO VALLINA, Respondent, v. WRIGHT & KREMERS, INC., Defendant and Third-Party Plaintiff-Appellant. HOOKER ELECTROCHEMICAL COMPANY, Third-Party Defendant-Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Niagara Special Term granting a motion by the Hooker Electrochemical Co. for a dismissal of the third-party amended summons and complaint.) Present — McCurn, P. J., Kimball, Wheeler and Bastow, JJ. [See post, p. 807.]

■ FRED GOSHERT, Respondent, v. WILLIAM POUND, Appellant.— Order affirmed, with costs. All concur. (Appeal from an order of Niagara Trial Term setting aside the verdict of a jury in favor of defendant for no cause of action, and granting a new trial in an automobile negligence action.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ DONALD H. UNGER, Respondent, v. VILLAGE OF FALCONER et al., Appellants.— Motion of defendant National Worsted Mills of Falconer for leave to appeal to the Court of Appeals denied, with $10 costs. Present — McCurn, P. J., Kimball, Wheeler and Williams, JJ. [See 1 A D 2d 930.]

■ In the Matter of SATYA PAL SOOD et al., Appellants, against EDWARD R. APPS, as City Clerk of the City of Syracuse, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ. [See 1 A D 2d 939.]

■ MILDRED SCHICK et al., Plaintiffs, v. MAURICE BERMENT et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ PETER C. DUNSTAD, Appellant, v. THERESA I. VAN DEUSEN et al., Respondents.— Order entered amending title of orders entered March 7, 1956 and March 14, 1956 nunc pro tunc. [See 1 A D 2d 934.]

■ BENJAMIN M. FALKNER, as Administrator, Respondent, v. NEW YORK CENTRAL RAILROAD Co., Appellant.— Appeal dismissed, without costs, upon stipulation.

■ GORDON GEROULD, as Administrator, Plaintiff, v. NEW YORK CENTRAL RAILROAD Co. et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ FRANK FIGGOLARI, Plaintiff, v. HOWARD F. EVENER, Defendant.— Motion granted and appeal dismissed, without costs. Memorandum: The notice of appeal was not signed by the attorneys of record for the appellants. No other attorney can serve and file such a notice of appeal until properly substituted in the place of the attorneys of record. (Cf. Commercial Bank v. Foltz, 13 App. Div. 603, 607.)

■ BETTY J. ROSS, Appellant, v. JOHN ROSS, Respondent.— Stay granted on condition that the father have custody of the child from Friday afternoon at 5 o'clock until 8 o'clock Sunday night of each week, until the determination of the appeal in the case, and upon the further condition that the appeal be argued during the first week of the September, 1956 Term of this court.